1002

No. 710.  LORENT v. TOZER, SHERIFF.  Motion to dispense with printing the petition for writ of certiorari granted.  Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 378, Misc.  OTTO v. SOMERS, MAYOR, ET AL.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se*.  *Joseph P. Duffy* for respondents.

No. 390, Misc.  MILLIKEN v. GLEASON, ADMINISTRATOR OF VETERANS' AFFAIRS.  C. A. 1st Cir.  Certiorari denied.  *Milton Stanzler* for petitioner.  *Solicitor General Cox* for respondent.

No. 403, Misc.  PHILLIPS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox*, *Assistant Attorney General Miller*, *Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 473, Misc.  DANIELS v. NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 475, Misc.  LA CLAIR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox*, *Assistant Attorney General Miller*, *Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 510, Misc.  HUNTER v. CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Caryl Warner* for petitioner.

No. 621, Misc.  CASIAS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox*, *Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.